# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDREW LEVY** and **CHERYL WHITE LEVY**,
Appellants,

v.

**STARVIEW INVESTMENTS, LLC, CTS PROPERTY HOLDINGS, LLC,**
and **BOYLSTON CREEK, LLC,** a Delaware Limited Liability Company,
Appellees.

No. 4D17-2616

[August 16, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE-16-007231 (02).

Lawrence J. Shapiro of Lawrence J. Shapiro & Associates, P.A., Miami, for appellants.

William E. Calnan of Waldman Trigoboff Hildebrandt & Calnan, P.A., Fort Lauderdale, for Appellees Starview Investments, LLC, and CTS Property Holdings, LLC.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***